UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIE RYAN OVERSTREET, | No. 2:24-cv-0942 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| HOWARD E. MOSELEY, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed September 30, 2025, plaintiff's first amended complaint was screened and he was given the option of amending the complaint or proceeding immediately on cognizable claims only. ECF No. 21. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 24 at 6. He also seeks an extension of time to file objections to the September 30, 2025 findings and recommendations. Due to plaintiff's representation that he has recently been transferred and is still awaiting the transfer of his property, he will be given forty-five days to file objections and an amended complaint.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time (ECF No. 24) is GRANTED;

    2. Plaintiff is granted forty-five days from the service of this order to file objections to the September 30, 2025 findings and recommendations;

3. Plaintiff shall have forty-five days from the service of this order to file a second amended complaint as outlined in the September 30, 2025 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the first amended complaint, as screened, and it will be recommended that all claims and defendants be dismissed without prejudice except for the individual capacity claims against (1) defendant Perez for retaliation and failure to protect based on Perez telling other inmates about plaintiff's sex offense; (2) defendants Pitchford and Gamez for failure to protect based on their refusal to address plaintiff's safety concerns unless he provided information on other inmates; and (3) defendant Gamez for deliberate indifference based on ignoring plaintiff when he began to self-harm; and

4. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: November 5, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE