UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIE RYAN OVERSTREET,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD E. MOSELEY,<br><br>Defendant. | No. 2:24-cv-0942 DJC AC P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint and objections to the September 30, 2025 findings and recommendations. However, plaintiff was recently granted an extension until January 28, 2026. ECF No. 30. The motion will therefore be denied without prejudice as premature.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 31) is DENIED without prejudice.

2. Plaintiff currently has until January 28, 2026, to file an amended complaint and any objections to the September 20, 2025 findings and recommendations.

DATED: December 17, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE