UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIE RYAN OVERSTREET,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD E. MOSELEY, et al.,<br><br>Defendants. | No.  2:24-cv-0942 DJC AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 30, 2025, the Magistrate Judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 21.  Plaintiff has filed objections to the findings and recommendations.  ECF Nos. 28, 32.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 21) are adopted in full;

2. Plaintiff's motions for temporary restraining order or preliminary injunction (ECF Nos. 3, 9, 12, 13, 15, 16, 19) are DENIED; and

3. This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated:    **February 25, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE